*Lord & Taylor*

October 5, 2009

RECEIVED
OCT 14 2009
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Clerk, United States District Court
Honorable Katherine S. Hayden
Judge, U.S. District Court
King Federal Courthouse Bldg.
50 Walnut Street
Newark, NJ 07102

RE: Garnishment – Steven Smith
*CR No. 00-760*

Dear Honorable Katherine S. Hayden:

This is in response to the recent Notice of Garnishment received on behalf of Lord &Taylor, regarding former associate Steven Smith. This is to verify that Steven Smith was in our employ from November 11, 2008 thru December 28, 2008 and held a position as a Temporary associate. Enclosed are his earnings for that time period.

Should there be any additional further information required, please contact me. Thank you.

Sincerely,

Diana Hoover
Legal Administrator
Lord & Taylor LLC


CC:   Kelly C. Parker-Battle – Financial Specialist
      Steven Smith

250 Highland Park Blvd. Wilkes-Barre, PA 18702

```
EARNINGS HISTORY REPORT - P1R72M                          LORD & TAYLOR                                           PAGE       7
LT ST 0000428817                                                                                        RUN DATE  10/05/2009

L3    EMPLOYEE NAME
      L4      L5
     TYPE    -----HOURS------  ------EARNINGS-----  --------------------TAXES-------------------  -----DED/NET/CK AMT-----
CHECK NUM                                           FEDERAL        STATE          CITY/COUNTY

              SMITH, STEVEN

0030  0952 8101     .00 REG         .00 REG            .00 FIT      .78 SIT         .00 CNTY         .00 TOTDED
      C-1         10.00 OT        71.50 OT            4.43 SS       .00 SDI         .00 CITY       64.94 NETPAY
 4494472          10.00 OTH       71.50 OTH           1.04 MED     1.31 SUI         .00 TOT        64.94 CKAMT
11-15-2008        10.00 TOT       71.50 TOT           5.47 TOT     1.09 TOT                       7.7500 RATE

0030  0952 8101     .00 REG         .00 REG            .00 FIT      .00 SIT         .00 CNTY         .00 TOTDED
      C-1           .00 OT          .00 OT             .00 SS       .00 SDI         .00 CITY         .00 NETPAY
                    .00 OTH         .00 OTH            .00 MED      .00 SUI         .00 TOT
11-22-2008          .00 TOT         .00 TOT            .00 TOT      .00 TOT                       7.7500 RATE

0030  0952 8101     .00 REG         .00 REG            .00 FIT      .00 SIT         .00 CNTY         .00 TOTDED
      C-1           .00 OT          .00 OT             .00 SS       .00 SDI         .00 CITY         .00 NETPAY
                    .00 OTH         .00 OTH            .00 MED      .00 SUI         .00 TOT
11-29-2008          .00 TOT         .00 TOT            .00 TOT      .00 TOT                       7.7500 RATE

0030  0952 8101     .00 REG         .00 REG            .00 FIT      .00 SIT         .00 CNTY         .00 TOTDED
      C-1           .00 OT          .00 OT             .00 SS       .00 SDI         .00 CITY         .00 NETPAY
                    .00 OTH         .00 OTH            .00 MED      .00 SUI         .00 TOT
12-06-2008          .00 TOT         .00 TOT            .00 TOT      .00 TOT                       7.7500 RATE

0030  0952 8101    7.60 REG       58.90 REG            .00 FIT      .59 SIT         .00 CNTY         .00 TOTDED
      C-1           .00 OT          .00 OT            3.65 SS       .29 SDI         .00 CITY       53.27 NETPAY
 4515834            .00 OTH         .00 OTH            .85 MED      .25 SUI         .00 TOT        53.27 CKAMT
12-13-2008        7.60 TOT       58.90 TOT            4.50 TOT     1.13 TOT                       7.7500 RATE

0030  0952 8101   23.50 REG      182.13 REG           6.38 FIT     2.44 SIT         .00 CNTY         .00 TOTDED
      C-1           .00 OT          .00 OT           11.30 SS       .91 SDI         .00 CITY      157.68 NETPAY
 4522193            .00 OTH         .00 OTH           2.64 MED      .78 SUI         .00 TOT       157.68 CKAMT
12-20-2008       23.50 TOT      182.13 TOT           20.32 TOT     4.13 TOT                       7.7500 RATE

NET              31.10 REG      241.03 REG           6.38 FIT     3.81 SIT         .00 CNTY         .00 TOTDED
                 10.00 OT        71.50 OT           19.38 SS      1.20 SDI         .00 CITY      275.89 NETPAY
                   .00 OTH       71.50 OTH           4.53 MED     1.34 SUI         .00 TOT
                 41.10 TOT      312.53 TOT          30.29 TOT     6.35 TOT
```

RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973)645-2736
LAB0321
FLU:KCPB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             *Plaintiff,*<br><br>v.<br><br>STEVEN SMITH,<br><br>                             *Defendant,*<br><br>and<br><br>LORD & TAYLOR,<br>and its successors or assigns,<br><br>                             *Garnishee.* | Hon. Katharine S. Hayden<br><br>*CR No.* **00-760**<br><br>**ANSWER OF THE GARNISHEE** |

__Diana Hoover__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

__Lord & Taylor, 250 Highland Park Blvd., Wilkes-Barre, PA 18702__
(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

   That he/she is the (State Official Title) *Legal Admin.* of Garnishee, *Lord & Taylor* LLC corporation, organized under the laws of the State of *DE*.

   On *Oct 1*, 200*9*, Garnishee received the Writ of Continuing Garnishment by Federal Express Mail. The Garnishee was informed of its right to have the Writ served by the United States Marshal. The Garnishee expressly waives service of the Writ of Continuing Garnishment by United States Marshal and accepts service of the Writ of Continuing Garnishment by Federal Express Mail. For the pay period in effect on the date of service (shown above)

Yes   No

X    __   1.  Defendant was in my/our employ.          *Employment dates:*
              
         2.  Pay period is X weekly, __ bi-weekly       *11/11/08 - 12/28/08*
             __ semi-monthly, __ monthly.
                                                        *Associate no longer*
             Enter date present pay period began.       *employed at L&T.*
             (Present means the pay period in which
             this order and notice of garnishment were
             served)_____
             Enter date above pay period ends.

         3.  Enter amount of net wages. Calculate below:
             (a) Gross Pay                    $_____
             (b) Federal income tax           $_____

     (c) F.I.C.A. income tax    $_____

     (d) State income tax    $_____

     (e) City/Local Income Tax    $_____

     Total of tax withholdings    $_____

     Net Wages    $_____
     (a less total of b,c,d)

Yes No

___ X  4. Are there garnishments already in effect? If the answers is yes, describe below.

_____

_____

    5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

  Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |

2.  $_____            _____

3.  $_____            _____

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___  [The Garnishee makes the following claim of exemption on the part of Defendant:]

___  [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_X_  [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Steven Smith</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Steven Smith, at (debtor's address):

> 293 North Oraton Parkway
> Apt. 14
> East Orange, NJ

and (2) the Acting United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Kelly C. Parker-Battle, Financial Specialist.

_Diane Hoover LtT_
Garnishee

Subscribed and sworn to before me this
5 day of October 2009.

_Catherine E Stefanowicz_
Notary Public
(Seal)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Catherine E. Stefanowicz, Notary Public
Wilkes-Barre Twp., Luzerne County
My Commission Expires March 19, 2013
Member, Pennsylvania Association of Notaries

My Commission Expires: March 19, 2013